UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARON HOSSEINION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | No. 2:18-cv-00211 TLN CKD (PS)<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

Here, plaintiff's brief and conclusory allegations do not state a federal claim against any defendant. Although the court may exercise supplemental jurisdiction over state law claims,

1

plaintiff must first have a cognizable claim for relief under federal law.  See 28 U.S.C. § 1367.

Nor does there appear to be diversity jurisdiction under 28 U.S.C. § 1332, which authorizes district courts to exercise original jurisdiction in cases in which the amount in controversy exceeds the sum or value of $75,000.00 and the parties are citizens of different states. Diversity jurisdiction requires complete diversity, meaning every plaintiff must be diverse from every defendant.  Id.

The federal courts are courts of limited jurisdiction.  In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for federal jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action should not be dismissed.  Failure to allege a proper basis for jurisdiction will result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

2. No later than February 20, 2018, plaintiff shall show cause why this action should not be dismissed for lack of jurisdiction.

Dated:  February 5, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/ hossein0211.ifp-nojuris